UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KARI VODDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. C21-503-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an Administrative Law Judge (ALJ) in order to:

- Further develop the record by taking any further action needed to complete the record, offer Plaintiff the opportunity for a hearing, and issue a new decision;

- If warranted, obtain evidence from a medical expert to clarify the nature, severity, and effects of Plaintiff's impairments;

- Reevaluate the medical opinions and prior administrative medical findings;

Page 1        ORDER - [C21-503-MLP]

- As warranted, reevaluate Plaintiff's maximum residual functional capacity; and
- Obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy, addressing the issue of transferability of acquired work skills consistent with the requirements of Social Security Ruling 82-41.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 24th day of November 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3621
Fax: (206) 615-2531
leisa.wolf@ssa.gov

Page 2    ORDER - [C21-503-MLP]